423 A.2d 1319

Commonwealth ex rel. Borgersen v. Borgersen.

Appeal of Ann Borgersen.

612

 Argued March 22, 1979. A. Charles Peruto, submitted a brief on behalf of appellant; Stanley A. Uhr, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.